IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a<br>BLACKBIRD TECHNOLOGIES,<br><br>    Plaintiff,<br><br>v.<br><br>TECHNICAL CONSUMER PRODUCTS,<br>INC.,<br><br>    Defendant. | C.A. No. 19-cv-00405-RGA |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Dated: April 30, 2019

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis #4606<br>stamoulis@swdelaw.com<br>Richard C. Weinblatt #5080<br>weinblatt@swdelaw.com<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>Telephone: (302) 999-1540<br><br>***Attorneys for Plaintiff***<br>**Blackbird Tech LLC d/b/a**<br>**Blackbird Technologies** | */s/David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Clarissa R. Chenoweth (#5728)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>cchenoweth@potteranderson.com<br><br>***Attorneys for Defendant***<br>**Technical Consumer Products, Inc.** |

SO ORDERED this ___1___ day of __May__, 2019

_/s/ Richard G. Andrews_
United States District Judge